**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 05-1393**

---

BILLY G. MARTIN,

Plaintiff - Appellant,

versus

MICHAEL HOLLAND, Trustee; JOSEPH P. BRENNAN,
Trustee; MARTY D. HUDSON, Trustee; B. V.
HYLER, Trustee; Trustees of the 1974 Pension
Plan,

Defendants - Appellees.

---

Appeal from the United States District Court for the Western
District of Virginia, at Big Stone Gap.  James P. Jones, Chief
District Judge.  (CA-04-72)

---

Submitted:  November 22, 2006            Decided:  April 6, 2007

---

Before WILLIAMS, MICHAEL, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Roger W. Rutherford, WOLFE, WILLIAMS & RUTHERFORD, Norton,
Virginia, for Appellant. Glenda S. Finch, Deputy General Counsel,
Carolyn O. Dutrow, Assistant General Counsel, Washington, D.C., for
Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Billy G. Martin appeals the district court's order dismissing his complaint alleging a violation of the Employee Retirement Income Security Act. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Martin v. Holland</u>, No. CA-04-72 (W.D. Va. Mar. 5, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>